

US00D614126S

(12) **United States Design Patent**  (10) Patent No.: **US D614,126 S**
Chen  (45) Date of Patent: ** Apr. 20, 2010

(54) LEAD ACID BATTERY

(75) Inventor: Ronghua Chen, Guangzhou (CN)

(73) Assignee: Guangzhou Kaijie Power Supply Industrial Co., Ltd., HuaDu District, Guangzhou, Guangdong (CN)

(**) Term: 14 Years

(21) Appl. No.: 29/335,447

(22) Filed: Apr. 16, 2009

(51) LOC (9) Cl. ................................. 13-02
(52) U.S. Cl. .............................. D13/104
(58) Field of Classification Search ......... D13/102–106, D13/110, 118–119, 184; 429/96–100, 163, 429/176
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| 4,107,402 | A | * | 8/1978 | Dougherty et al. | 429/120 |
| D284,463 | S | * | 7/1986 | Perkins et al. | D13/104 |
| D294,484 | S | * | 3/1988 | Kellett et al. | D13/106 |
| D303,652 | S | * | 9/1989 | Lopez-Doriga Lopez-Doriga | D13/106 |
| D303,653 | S | * | 9/1989 | Lopez-Doriga Lopez-Doriga | D13/106 |
| D401,551 | S | * | 11/1998 | Kim | D13/106 |
| D458,900 | S | * | 6/2002 | Carter et al. | D13/106 |
| D491,138 | S | * | 6/2004 | Minato | D13/104 |
| D536,301 | S | * | 2/2007 | Kawakita et al. | D13/119 |
| D543,938 | S | * | 6/2007 | Kawakita et al. | D13/119 |
| D553,565 | S | * | 10/2007 | Kawakita et al. | D13/119 |
| D604,696 | S | * | 11/2009 | Tasai | D13/104 |

* cited by examiner

*Primary Examiner*—Rosemary K Tarcza

(57) **CLAIM**

I claim the ornamental design for a lead acid battery, as shown.

**DESCRIPTION**

FIG. 1 is a front elevation view of a battery showing the design;
FIG. 2 is a rear elevation view thereof;
FIG. 3 is a left elevation view thereof;
FIG. 4 is a right elevation view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.

1 Claim, 3 Drawing Sheets




U.S. Patent     Apr. 20, 2010     Sheet 1 of 3     US D614,126 S



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

# The United States of America

### The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.*

David J. Kappos

*Director of the United States Patent and Trademark Office*





